**Appeal Dismissed and Memorandum Opinion filed March 5, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-01031-CV

**JOSEPH SYLVAN, INDIVIDUALLY AND AS PRESIDENT OF OFFICE DESIGN CONCEPTS, LLC AND OFFICE DESIGN CONCEPTS, LLC,** Appellants

**V.**

**TRANSPECOS BANK, SSB, Appellee**

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2018-44060**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 25, 2018. The notice of appeal was filed November 26, 2018. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellants did not make arrangements to pay for the record. On January 26, 2019, the court notified all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellants paid or made arrangements to pay for the

record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). No such proof has been filed.

Accordingly, the appeal is **DISMISSED**. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.